**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 3-3-2006

DIGITAL RECORDING: 2:59 - 3:08 pm

- ☑ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sql

CASE NO.: 2:06mj25-DRB  
DEFT. NAME: Jason Swanson

USA: Morris  
ATTY: Kemp

Type Counsel: ( ) Retained; ( ) Panel/CJA; ( ) Waived; (✓) CDO  
( ) Stand In ONLY

USPTSO/USPO: Craft

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES  NAME: ____

- ☐ kars — Date of Arrest 3-3-06 or ☑ Rule 5
- ☐ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☑ — Requests appointed Counsel ☑ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☑ koappted — ORAL ORDER appointing Community Defender Organization ✓ Notice to be filed.
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained ____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for ____
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
- ☐ — ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☑ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for ____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr. — ARRAIGNMENT SET FOR: ____ ☐ HELD. Plea of NOT GUILTY entered.
- ☐ — ☐ Set for ____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: ____
- — DISCOVERY DISCLOSURES DATE: ____
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for ____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed